| | |
|---|---|
| 1 | WILLIAM R. TAMAYO -- #084965 (CA) |
| 2 | JONATHAN T. PECK -- #12303 (VA) |
|   | EVANGELINA FIERRO HERNANDEZ --#168879 (CA) |
| 3 | EQUAL EMPLOYMENT OPPORTUNITY |
|   |  COMMISSION |
| 4 | San Francisco District Office |
|   | 350 The Embarcadero, Suite 500 |
| 5 | San Francisco, California  94105 |
|   | Telephone:     (415) 625-5622 |
| 6 | Facsimile:      (415) 625-5657 |
| 7 | Attorneys for Plaintiff EEOC |
| 8 | |
| 9 | **Paul Nathan Phillips, SBN 128197** |
|   | COTE LAW GROUP |
| 10 | 2408 Professional Drive, Suite 100 |
|   | Roseville, CA  95661 |
| 11 | Telephone:  (916) 797-2232 |
|   | Facsimile: (916) 358-7396 |
| 12 | Attorneys for Dole Fresh Vegetables, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | Civil Action No. CV11-4827 CRB |
| Plaintiff, | **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| v. | |
| DOLE FRESH VEGETABLES, INC., | |
| Defendant. | |

Plaintiff U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION ("EEOC") and

Defendant Dole Fresh Vegetable, Inc., ("Dole") jointly submit this stipulation to vacate the Case

Management Conference Set currently on Friday, May 4, 2012 and reset the Case Management

---

STIPULATION RE CMC                                                                                                          CASE NO. C 11-4827 CRB

for any of the following Fridays: May 25, June 1, June 8 or June 29th.

Federal Rule of Civil Procedure 6(b)(1) allows the Court "for cause shown" and "in its discretion" to grant a request for an extension of time. Despite the parties' diligent efforts, the work place inspection has not yet occurred due to traveling schedules and the commencement of harvest season. The parties have scheduled tentative dates in May for the inspection. Additionally, the Regional Attorney is not available on May 4 for the scheduled case management conference because of a prior out of state commitment. The additional time will allow the parties to comply with this Court's order and reach a resolution of this case.

Defendant will not oppose the motion and no prejudice will result because of the continuance.

Respectfully submitted,

DATED: April 20, 2012         EQUAL EMPLOYMENT OPPORTUNITY
                              COMMISSION

                              By:   /S/    Evangelina Fierro Hernandez
                                    EVANGELINA FIERRO HERNANDEZ
                              Attorney for Plaintiff EEOC


DATED:  April 20, 2012        COTE LAW GROUP

                              By:   /S/ Paul Phillips
                                    PAUL PHILLIPS


                              DOLE FOOD COMPANY, INC.,

                              By:   /S/ David Buffington
                                    DAVID BUFFINGTON

                              Attorneys for Defendant

                              DOLE FOOD COMPANY INC., d/b/a/ DOLE
                              FRESH VEGETABLE, INC.,

-2-

STIPULATION RE CMC                                          CASE NO. C 11-4827 CRB

**ORDER**

The Case Management Conference for May 4, 2012 is vacated.  The Case Management Conference is reset for _____June 29, 2012_____ at 8:30 a.m.

It is so ORDERED.

Dated: April _ 20 _, 2012.

_____
THE HONORABLE CHARLES R. BREYER
United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer

-3-
STIPULATION RE CMC                                                        CASE NO. C 11-4827 CRB