WILLIAM R. TAMAYO -- #084965 (CA)
JONATHAN T. PECK -- #12303 (VA)
EVANGELINA FIERRO HERNANDEZ --#168879 (CA)
EQUAL EMPLOYMENT OPPORTUNITY
 COMMISSION
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, California 94105
Telephone:  (415) 625-5622
Facsimile:   (415) 625-5657

Attorneys for Plaintiff EEOC

**Paul Nathan Phillips, SBN 128197**
COTE LAW GROUP
2408 Professional Drive, Suite 100
Roseville, CA 95661
Telephone: (916) 797-2232
Facsimile: (916) 358-7396

Attorneys for Dole Fresh Vegetables, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br><br>DOLE FRESH VEGETABLES, INC.,<br><br>Defendant. | Civil Action No. CV11-4827 CRB<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** |

Plaintiff U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION ("EEOC") and

Defendant Dole Fresh Vegetable, Inc., ("Dole") jointly submit this stipulation to vacate the Case

Management Conference Set currently on Friday, May 4, 2012 and reset the Case Management

---

STIPULATION RE CMC                                    CASE NO. C 11-4827 CRB

for any of the following Fridays: May 25, June 1, June 8 or June 29th.

Federal Rule of Civil Procedure 6(b)(1) allows the Court "for cause shown" and "in its discretion" to grant a request for an extension of time. Despite the parties' diligent efforts, the work place inspection has not yet occurred due to traveling schedules and the commencement of harvest season. The parties have scheduled tentative dates in May for the inspection. Additionally, the Regional Attorney is not available on May 4 for the scheduled case management conference because of a prior out of state commitment. The additional time will allow the parties to comply with this Court's order and reach a resolution of this case.

Defendant will not oppose the motion and no prejudice will result because of the continuance.

Respectfully submitted,

DATED: April 20, 2012

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

By: /S/ Evangelina Fierro Hernandez
    EVANGELINA FIERRO HERNANDEZ
Attorney for Plaintiff EEOC

DATED: April 20, 2012

COTE LAW GROUP

By: /S/ Paul Phillips
    PAUL PHILLIPS

DOLE FOOD COMPANY, INC.,

By: /S/ David Buffington
    DAVID BUFFINGTON

Attorneys for Defendant

DOLE FOOD COMPANY INC., d/b/a/ DOLE FRESH VEGETABLE, INC.,

-2-

STIPULATION RE CMC      CASE NO. C 11-4827 CRB

**ORDER**

The Case Management Conference for May 4, 2012 is vacated.  The Case Management Conference is reset for _____June 29, 2012_____ at 8:30 a.m.

It is so ORDERED.

Dated: April _20_, 2012.

_____
THE HONORABLE CHARLES R. BREYER
United States District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Charles R. Breyer]*