WILLIAM R. TAMAYO -- #084965 (CA)
JONATHAN T. PECK -- #12303 (VA)
EVANGELINA FIERRO HERNANDEZ --#168879 (CA)
EQUAL EMPLOYMENT OPPORTUNITY
 COMMISSION
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, California  94105
Telephone:     (415) 625-5622
Facsimile:      (415) 625-5657
Evangelina.Hernandez@eeoc.gov

Attorneys for Plaintiff EEOC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>DOLE FRESH VEGETABLES, INC.,<br><br>Defendant. | Civil Action No. CV11-4827 CRB<br><br><br>**NOTICE OF SETTLEMENT** |

The U.S. Equal Employment Opportunity Commission ("EEOC")  hereby gives notice that the parties, EEOC and Dole Fresh Vegetables, Inc., have settled this matter and are in process of finalizing the settlement documents.

DATED:     June 28, 2012             */s/ Evangelina Fierro Hernandez*
                                     EVANGELINA FIERRO HERNANDEZ
                                     Senior Trial Attorney

                                     Attorneys for Plaintiff
                                     Equal Employment Opportunity Commission
                                     San Francisco District Office
                                     350 The Embarcadero, Suite 500
                                     San Francisco, California  94105-1260